FILED
CHARLOTTE, NC

DEC 1 5 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:09CR224 |
| | ) | |
| v. | ) | ORDER SEALING |
| | ) | INDICTMENT |
| (1) SHEKETA HOKE | ) | |
| (2) ANTON SOWELL | ) | |
| (3) FRANCES HOWZE | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Edward R. Ryan, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Bill of Indictment and the Arrest Warrants for the above-named defendants be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Bill of Indictment and the Arrest Warrants be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 15th day of December, 2009.